IN THE INTEREST OF JOHN DOE II,
BORN ON JUNE 4, 1948, AGE 19.

No. 4763.

November 1, 1968.

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON, JJ., AND CIRCUIT JUDGE
OKINO ASSIGNED BY REASON OF VACANCY.

OPINION OF THE COURT BY MARUMOTO, J.

The sole issue on this appeal is the same as in *In re John Doe III*, 50 Haw. 613, 446 P.2d 561 (1968), decided this day. Appellant was involved in the same incident and accused of committing the same crime. At the time of the incident, he was 19 years and 7 months old and a parolee of Hawaii Youth Correctional Facility, to which he had been committed on November 8, 1965. The appeal record does not show that he was discharged as a ward of the court by the family court under the existing statute or by the juvenile court under the prior statute. The family court made the same finding, ruling, and order as in the above-mentioned case.

Reversed.

*Stanley H. Roehrig* for appellant.

*Mamoru Shimokusu*, Deputy County Attorney (*Yoshito Tanaka*, County Attorney, with him on the brief), for appellee.